UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-10083 and 06-10095-CIV-Moore/Garber

VANGUARD CARE RENTAL USA, INC.,
A Delaware corporation; NATIONAL RENTAL
(US), INC., f/k/a NATIONAL CAR RENTAL,
a Delaware corporation; and ALAMO
FINANCING, L.P, a foreign limited
partnership,

    Plaintiffs,

v.

ROGER DROUIN, JR. and THERESA DROUIN,

    Defendants.
_____/

ROGER DROUIN and THERESA DROUIN,

    Plaintiffs,

v.

VANGUARD CAR RENTAL USA, INC., and
ALAMO CAR RENTAL (US), INC.,

    Defendants.
_____/

## ORDER

    THIS CAUSE is before the Court by Order of Reference from U.S. District Judge K. Michael Moore on the defendants Vanguard Car USA, Inc. and Alamo Car Rental (US) Inc.'s Motion to Expedite Discovery (DE 59), filed on June 18, 2007.

    Defendants seek to compel early responses to their Automobile Negligence Interrogatories, Collateral Source Interrogatories, Derivative Interrogatories, Expert Witness Interrogatories, and a Request to Produce, all of which were served on plaintiffs on June 15,

2007.

The Court notes that this cause is scheduled for trial commencing on July 9, 2007 in Key West. Given such trial date the Court finds that defendants' Motion now before the Court is well taken. Accordingly, it is hereby

ORDERED that the defendants' Motion to Expedite Discovery is GRANTED. Plaintiffs Roger Drouin and Theresa Drouin shall respond to the above-referenced discovery requests on or before July 2nd, 2007.

DONE AND ORDERED in Chambers at Miami, Florida this 19th day of June, 2007.

 

BARRY L. GARBER  
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:  
District Judge Moore  
Counsel of record