IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 06-10083-CIV-MOORE

VANGUARD CAR RENTAL USA, INC., *et al.*,

        Plaintiffs,

vs.

ROGER DROUIN, JR,

        Defendant.
_____/

### ORDER GRANTING PLAINTIFFS' MOTION TO BE EXCUSED FROM TRIAL DOCKET; GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO BE EXCUSED FROM TRIAL DOCKET

THIS CAUSE came before the Court upon the Plaintiffs' Motion to be Excused from Trial Docket (DE # 52) and the Defendant's Motion to be Excused from Trial Docket (DE # 55).

UPON CONSIDERATION of the motions and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Plaintiffs' Motion to be Excused from Trial Docket (DE # 52) is hereby GRANTED. This case is CONTINUED. Trial will be reset by subsequent Order of this Court. It is further

ORDERED AND ADJUDGED that as far as the Defendant's Motion to be Excused from Trial Docket (DE # 55) seeks a continuance, it is GRANTED. As far as that motion seeks an extension of discovery deadlines, it is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of June, 2007.

                                                K. MICHAEL MOORE
                                                UNITED STATES DISTRICT JUDGE

cc:      All Counsel of Record